UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SOUTH CENTRAL INDIANA SCHOOL TRUST, | ) ) |
| Plaintiff, | ) ) |
| vs. | )   1:06-cv-1053-RLY-WTL ) |
| VIRGINIA POYNER, | ) |
| Defendant. | ) |

**ORDER ON APPLICATION FOR ENTRY OF DEFAULT AND VERIFIED MOTION FOR JUDGMENT**

Plaintiff moves for an entry of default and for default judgment for Defendant's failure to timely file an Answer, among other belated filings. Defendant responds that this is the first case her counsel has had since returning from a year long medical leave, and, to complicate matters, her counsel has been training new help. The court is sympathetic to Defendant's counsel's predicament, but reminds her that deadlines are deadlines. The court will excuse her inadvertence this time, but will take a firmer stance if she files any future pleadings in this case past the appropriate deadline. Plaintiff's Application for Entry of Default and Verified Motion for Judgment (Docket # 25) is therefore **DENIED**.

**SO ORDERED** this  1st  day of May 2007.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

1

Electronic Copies to:

Phyllis J. Garrison
GARRISON LAW FIRM LLC
phyl@garrisonlegal.com

Melinda R. Shapiro
BOSE MCKINNEY & EVANS, LLP
mshapiro@boselaw.com