UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SOUTH CENTRAL INDIANA SCHOOL TRUST, | ) ) |
| Plaintiff, | ) ) |
| vs. | )   1:06-cv-1053-RLY-WTL ) |
| VIRGINIA POYNER, | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

Comes now the court, having this day **GRANTED** the Plaintiff's Motion for Summary Judgment, and enters final judgment in its favor, and against the Defendant herein, Virginia Poyner.

**SO ORDERED** this <u>19th</u> day of October 2007.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

Electronic Copies to:

Carrie Wagner Bootcheck
BOSE MCKINNEY & EVANS, LLP
cbootcheck@boselaw.com

James Gregory Garrison
GARRISON LAW FIRM
greg@garrisonlegal.com

Melinda R. Shapiro
BOSE MCKINNEY & EVANS, LLP
mshapiro@boselaw.com